UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOHN BELL, CHAPTER 7 TRUSTEE, | No. 2:13-cv-02483-MCE-KJN |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| PAUL LEHR, et al., | |
| Defendants. | |

The Court is in receipt of Plaintiff's Notice of Settlement (ECF No. 10).  Just prior to the filing of the Notice of Settlement, this Court withdrew the bankruptcy reference on the adversary proceeding.  See ECF No. 9.  A hearing on the Motion to Approve the Compromise is scheduled to take place before the Honorable Christopher M. Klein, Bankruptcy Judge, on August 25, 2015.

///
///
///
///
///
///
///

1

1 | The purpose of this Order is to clarify that Judge Klein retains the ability to hear
2 | the Compromise Motion and, if the compromise is approved, enter the Stipulated
3 | Judgment.  No further review by this Court is necessary, as the approval of the parties'
4 | compromise concerns the administration of the bankruptcy estate.  Accordingly, it is a
5 | core proceeding pursuant to 28 U.S.C. § 157(b)(2).
6 | IT IS SO ORDERED.
7 | Dated:  August 14, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT